# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUSAN M. TAYLOR, | Case No. 2:13-cv-001260-JCM-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Stay During Lapse in Appropriations (#15), filed October 4, 2013.  The undersigned has reviewed the motion and finds there is good cause for the requested stay.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Stay During Lapse in Appropriations (#15) is **granted**.

**IT IS FURTHER ORDERED** that the parties shall submit a new scheduling order within seven (7) days after the lapse in appropriations is resolved.

DATED this 7th day of October, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**