✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Nevada_____

Susan M. Taylor,

                       Plaintiff,

     V.

Carolyn W. Colvin,

                   Defendant.

**JUDGMENT IN A CIVIL CASE**

**ATTORNEY FEES**

Case Number:  2:13-cv-01260-JCM-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that attorney fees in the amount of $2,000.00 are awarded in favor of Plaintiff as authorized by 28 U.S.C. § 2412.

July 15, 2014

Date



/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk