1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Susan M Taylor

7
              **UNITED STATES DISTRICT COURT**
8
                 **DISTRICT OF NEVADA**
9

10
   SUSAN M TAYLOR,                  )  Case No.: 2:13-cv-01260-JCM-CWH
11                                   )
              Plaintiff,             )  STIPULATION FOR THE AWARD
12                                   )  AND PAYMENT OF ATTORNEY
        vs.                          )  FEES PURSUANT TO THE EQUAL
13                                   )  ACCESS TO JUSTICE ACT, 28 U.S.C.
   CAROLYN W. COLVIN, Acting         )  § 2412(d)
14 Commissioner of Social Security,  )
                                     )
15            Defendant.             )
                                     )
16 _____ )

17
        TO THE HONORABLE CARL W. HOFFMAN, MAGISTRATE JUDGE
18
   OF THE DISTRICT COURT:
19
        IT IS HEREBY STIPULATED by and between the parties through their
20
   undersigned counsel, subject to the approval of the Court, that Susan M Taylor be
21
   awarded attorney fees in the amount of Two Thousand dollars ($2,000.00) under
22
   the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount
23
   represents compensation for all legal services rendered on behalf of Plaintiff by
24
   counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920;
25
   2412(d).
26

                                   -1-

After the Court issues an order for EAJA fees to Susan M Taylor, the government will consider the matter of Susan M Taylor's assignment of EAJA fees to Marc V. Kalagian.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Susan M Taylor, but if the Department of the Treasury determines that Susan M Taylor does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Susan M Taylor.  *United States v. $186,416.00*, 722 F.3d 1173, 1176 (9th Cir. 2013) (*$186,416.00 II*)  (ordering fees paid to counsel because of an assignment that did not interfere with a raised superior lien).[1]  Any payments made shall be delivered to Marc V. Kalagian.

---

[1] The Commissioner does not stipulate to the citation of *$186,416.00 II*, and will not participate in representing to this Court that it carries legal import in these proceedings.  *$186,416 II* involved a different statute and very different factual circumstances than those presented here, or in other Social Security cases. Because the parties have agreed to the payment of EAJA fees, and the amount, and to avoid motion practice solely related to Plaintiff's citation, the Commissioner agrees to this stipulation. The Commissioner reserves the right to challenge the applicability of $186,416 to any Social Security case, and this Stipulation should not be construed as a waiver of such reservation.

Susan M. Taylor contends that *U.S. v. $186,416.00 in U.S. Currency*, 642 F.3d 753, 757 (9th Cir. 2011) (*$186,416.00 I*)held that there is no functional difference between the CAFRA and EAJA in terms of "ownership" of the fee.

1         This stipulation constitutes a compromise settlement of Susan M Taylor's

2    request for EAJA attorney fees, and does not constitute an admission of liability on

3    the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount

4    shall constitute a complete release from, and bar to, any and all claims that Susan

5    M Taylor and/or Marc V. Kalagian including Law Offices of Rohlfing & Kalagian,

6    LLP may have relating to EAJA attorney fees in connection with this action.

7         This award is without prejudice to the rights of Marc V. Kalagian and/or the

8    Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney

9    fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the

10   EAJA.

11   DATE: March 4, 2014          Respectfully submitted,

12                                 ROHLFING & KALAGIAN, LLP

13                              /s/ *Marc V. Kalagian*

14                   BY:_____

                       Marc V. Kalagian

15                          Attorney for plaintiff Susan M Taylor

16   DATED: March 4, 2014        Daniel G. Bogden

17                          United States Attorney

18

19

20                            /s/ *Michael K. Marriott*

                BY:_____

21                          Michael K. Marriott

22                          Special Assistant United States Attorney

                       Attorneys for Defendant Carolyn W. Colvin,

23                          Acting Commissioner of Social Security

                       (Per e-mail authorization)

24

25

26

1

2

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:13-CV-01260-JCM-CWH**

3

    I hereby certify that I electronically filed the foregoing with the Clerk of the

4

Court for this court by using the CM/ECF system on March 4, 2014.

5

    I certify that all participants in the case are registered CM/ECF users and

6

7

that service will be accomplished by the CM/ECF system, except the plaintiff

8

served herewith by mail.

9

                   */s/ Marc V. Kalagian*

10

                   _____

11

                   Marc V. Kalagian
                   Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Susan M Taylor

7

8              **UNITED STATES DISTRICT COURT**

9                **DISTRICT OF NEVADA**

10

11  SUSAN M TAYLOR,              ) Case No.: 2:13-cv-01260-JCM-CWH
                                 )
12          Plaintiff,           )          ORDER AWARDING
                                 ) EQUAL ACCESS TO JUSTICE ACT
13      vs.                      ) ATTORNEY FEES PURSUANT TO
                                 ) 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN, Acting    )
    Commissioner of Social Security, )
15                               )
           Defendant             )
16  _____ )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees  in the amount of $2,000.00 as authorized by 28

21  U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

22  DATE:  July 15, 2014.

23                    _____

24                    UNITED STATES DISTRICT JUDGE

25

26

-1-